Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
ALECIA SHAWN MYERS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ALECIA SHAWN MYERS,<br><br>                    Plaintiff,<br>   v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., D/B/A EDP LEGAL SERVICES, INC., a California corporation; TANAYA V. SULCER, individually and in her official capacity; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 5:14-CV-02836-EJD-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALECIA SHAWN MYERS, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC., and TANAYA V. SULCER, stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ALECIA SHAWN MYERS, against Defendants, ELECTRONIC DOCUMENT PROCESSING, INC., and TANAYA V. SULCER, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: September 23, 2014 | By: /s/ Fred W. Schwinn |
|   | Fred W. Schwinn (SBN 225575) |
|   | Attorney for Plaintiff |
|   | ALECIA SHAWN MYERS |

SOLTMAN, LEVITT, FLAHERTY
 & WATTLES, LLP

Dated: September 23, 2014       By: /s/ Steven S. Nimoy
                                                Steven S. Nimoy (SBN 172310)
                                                Attorney for Defendants
                                                ELECTRONIC DOCUMENT
                                                PROCESSING, INC., and
                                                TANAYA V. SULCER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

The Clerk shall close this file and terminate any pending motions, deadlines, and hearings.

Dated: 9/24/2014                          _____
                                                   The Honorable Edward J. Davila
                                                   United States District Judge